STATE v. PENN MUTUAL LIFE INSURANCE COMPANY.[1]

April 23, 1937.

No. 31,407.

*James E. Gardner* and *Fryberger, Fulton & Boyle,* for appellant.
*Thomas J. Naylor,* County Attorney, for the State.

PER CURIAM.

Appeal from a judgment. The case was here before on appeal from the order denying a new trial, and our opinion was filed September 25, 1936. 198 Minn. 115, 269 N. W. 37.

For the reasons given in said opinion and upon authority thereof, the judgment appealed from is affirmed.

[1]Reported in 272 N. W. 547.